**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 18-3262
_____

DOROTHY M. STEWART, on behalf of
herself and all others similarly situated,
                                                                    Appellant

v.

POSTMASTER GENERAL UNITED STATES

_____

On Appeal from United States District Court
for the District of New Jersey
(District Court No. 3-17-cv-00167)
District Judge: Honorable Brian R. Martinotti
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
July 8, 2019
_____

Before: McKEE, ROTH, and RENDELL, *Circuit Judges*.

(Opinion filed: January 29, 2020)

_____

OPINION*
_____

---

* This disposition is not an opinion of the full court and pursuant to I.O.P. 5.7 does not constitute binding precedent.

McKEE, *Circuit Judge*.

Dorothy Stewart appeals the district court's granting of Megan J. Brennan's motion to dismiss. As the district court explains, by signing the Claim Form and Release in the *Pittman* class action on June 14, 2014, Stewart released "any right … to appeal the [s]ettlement [a]greement to the EEOC, any right … to file a civil action in a federal court related to the claims in this case, and any other right [she] might have to seek relief for a claim included within the *Pittman* class action."[1]

The district court's well-reasoned opinion more than adequately addresses this and Stewart's related claims, and we will therefore affirm substantially for the reasons set forth in that opinion.

---

[1] *Stewart v. Brennan*, 2018 WL 1377310